IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| TAMMY C. WHEELER, ) | |
| ) | Case No. 4:10CV00040 |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WISEMAN ENTERPRISES, INC., ) | |
| ) | By: Jackson L. Kiser |
| Defendant. ) | Senior United States District Judge |

Before me is Defendant's Motion to Dismiss [ECF No. 4] pursuant to Federal Rule of Civil Procedure 12(b)(1). Plaintiff filed her brief in opposition [ECF No. 12], Defendant replied [ECF No. 13] and I heard oral argument and evidence at an April 7, 2011 hearing. The matter is now ripe for review. I have analyzed the relevant briefs, affidavits, interrogatories, depositions and testimony. For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion to Dismiss is **DENIED**.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 15th day of April, 2011.

s/Jackson L. Kiser
Senior United States District Judge